

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-16-00626-CV

**IN THE INTEREST OF E.V.ET AL, CHILDREN,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-03912
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On June 20, 2017, we granted a motion to withdraw filed by appellee's counsel. In that same order, we ordered appellee to either have newly retained counsel make an appearance in this appeal or certify to this court that she desires to proceed without counsel on or before July 20, 2017. Appellee has not responded to our order. Appellant filed his brief on July 21, 2017. Therefore, appellee is ORDERED to file her brief no later than August 21, 2017. Appellee is cautioned that if she does not timely file her brief, this appeal may be set at issue without benefit of her brief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk